IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREYHOUND LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:08cv516-WHA |
| ) | (WO) |
| GOODYEAR TIRE & RUBBER CO., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

No objection having been filed to the Order and Recommendation of the Magistrate Judge (Doc. #18), entered on October 10, 2008, the Recommendation is adopted, and it is hereby

ORDERED that Defendant's Motion to Dismiss for Failure to Prosecute or, in the Alternative, Motion for Sanctions is DENIED.

Counsel are advised that the court expects this to be the last time it is called on to address issues arising because of a lack of civility on the part of counsel.

DONE this 28th day of October, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE