IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREYHOUND LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv516-WHA |
| | ) | (WO) |
| THE GOODYEAR TIRE & RUBBER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on a Notice of Satisfaction of Costs Taxed and of Resolution by Compromise of Motion for Award of Attorney's Fees Pursuant to 28 U.S.C. § 1927, filed by the Defendant on December 9, 2009.

The Defendant advises the court that the parties have entered into a Settlement Agreement and that the costs taxed against Greyhound by the Clerk of the Court on November 18, 2009 have been satisfied, and that the Motion for Award of Attorney's fees should be denied as moot. Accordingly, it is hereby ORDERED as follows:

1. The costs taxed against Greyhound and in favor of Goodyear (Doc. #250) are satisfied.

2. The Motion for Award of Attorney's Fees (Doc. #246) is DENIED as moot.

Done this 10th day of December, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE